No. 00–8709.  SWEED *v.* TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 00–8711.  TONEY *v.* STUBBLEFIELD, SUPERINTENDENT, MISSOURI EASTERN CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 00–8717.  GUY *v.* ANDERSON, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY.  C. A. 5th Cir.  Certiorari denied.

No. 00–8718.  SMITH *v.* OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 00–8720.  BLANK *v.* COX ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 00–8724.  McINTOSH *v.* TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 00–8730.  QUINN *v.* ROBINSON, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 00–8732.  BAUMER *v.* LASATER ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 00–8733.  CHAKY *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 00–8737.  ZIMMERMAN *v.* HANKS, SUPERINTENDENT, WABASH VALLEY CORRECTIONAL FACILITY.  C. A. 7th Cir.  Certiorari denied.

No. 00–8741.  SKOLNICK ET AL. *v.* ILLINOIS ET AL.  App. Ct. Ill., 2d Dist.  Certiorari denied.

No. 00–8743.  FADAEL, AKA BARTH *v.* CAPE SAVINGS BANK ET AL.  Sup. Ct. N. J.  Certiorari denied.

No. 00–8756.  KNIGHT *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 00–8763.  JUARBE *v.* HENDRICKS, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 00–8766.  PATTERSON *v.* MURPHY ET AL.  C. A. 3d Cir.  Certiorari denied.